EC

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Charles Joshua REED<br>8295 Pointer Ridge<br>Blacklick, Ohio 43004<br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No.  2:26-mj-294<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____July 2023 - March 2026____ in the county of ____Franklin____ in the ____Southern____ District of ____Ohio____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC § 2250(a) | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☐ Continued on the attached sheet.

*Damon Willaman*
*Complainant's signature*

D. Willaman, Deputy US Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  ____May 7, 2026____

Kimberly A. Jolson
United States Magistrate Judge

City and state:  ____Columbus, Ohio____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America** | ) | |
| v. | ) | **Case No.:** 2:26-mj-294 |
| | ) | |
| **Charles Joshua REED** | ) | **Magistrate Judge:** |
| **8295 Pointer Ridge** | ) | |
| **Blacklick, Ohio 43004** | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Damon Willaman, a Deputy United States Marshal, being duly sworn, do hereby declare and state the following:

### INTRODUCTION

1. I am a Deputy United States Marshal (DUSM) assigned to the Southern District of Ohio, Columbus Office, and have been so employed since June 2010. I am a graduate of Basic Deputy U.S. Marshal Academy at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA in October 2010 as well as the Criminal Investigator Training Program at FLETC in August 2010. I also receive regular in-service training in fugitive and sex offender investigations from the U.S. Marshals Service (USMS) as well as various other federal and state resources. During my career, I have been assigned to multiple fugitive, escape and sex offender investigations. I am the District Sex Offender Coordinator (DSOC) for the Southern District of Ohio and primarily conduct investigations involving sexual offenders and their duty to register. As a DSOC, I am authorized under 28 U.S.C. 564 to enforce the laws of the United States, including violations of the Sex Offender Registration and Notification Act (SORNA), 42 U.S.C. 16901, et seq., and federal Failure to Register offenses, pursuant to 18 U.S.C. 2250.

2. The statements contained in this affidavit are based in part on information provided by local and state law enforcement in both Ohio and Tennessee; written reports about this investigation that I have received, directly or indirectly, from other law enforcement agents; and my experience, training, and background as a DUSM. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that a federal crime has been committed. I have not omitted any facts that would negate probable cause. I have set forth only the facts that I believe are necessary to establish probable cause to believe Charles Joshua Reed (REED) committed the violation listed below.

3. This affidavit is submitted to show that there is probable cause to believe that REED has violated criminal laws, including 18 U.S.C. § 2250 (a) – Failure to Register as a Sex Offender.

1

## PROBABLE CAUSE

4. On or about March 16, 2026, law enforcement in the Southern District of West Virginia notified your affiant that Charles "Joshua" REED was likely living in the Blacklick, Ohio area. It was believed that REED has been residing at 8295 Pointer Ridge, Blacklick, OH with his partner. The lead was sent to your affiant because the Blacklick residence is within the Southern District of Ohio.

5. Your affiant learned that on or about July 17, 2020, REED was convicted in the Municipal Court of Lawrence County, OH of three counts of Sexual Imposition of a Minor, misdemeanors in the third degree, in violation of Ohio Revised Code Section 2907.06(A)(4). In summary, the facts of that case revealed REED was a high school band director who touched students inappropriately on video. REED was sentenced to two years' probation.

6. According to REED's Judgment Entry, Condition #7 under "Special Conditions" required REED to register as a Tier III sex offender, which requires a lifetime registration. Due to this conviction, REED is also required to register as a sex offender under the Sex Offender Registration and Notification Act, also known as SORNA. Under SORNA a sex offender is required to register, and keep the registration current, in each jurisdiction where the offender resides and where the offender is employed. Under SORNA, a sex offender must register the residential address at each location where the offender resides. Under SORNA, a sex offender has 3 business days after each change of name, residence, or employment required to inform a relevant government official about the changes.

7. On October 31, 2025, REED registered as a sex offender for the last time. This occurred at the West Virginia State Police (WVSP) office in Mason County, WV. At that time, REED indicated that his home address was 361 Sliding Hill Creek Rd, Hartford, WV 25247. REED signed and dated this document.

8. On March 11,2026, the WVSP obtained a felony warrant for REED in Mason County Magistrate Court, charging him with Failure to Register as a Sex Offender. The warrant also permitted "surrounding states" extradition. Based on the information that REED was likely living in the Southern District of Ohio, a request was sent to the Southern Ohio Fugitive Apprehension Strike Team (SOFAST) to locate and arrest REED on his outstanding warrant. This lead was assigned to your affiant as noted above.

9. On March 20, 2026, your affiant received information that REED likely worked at a Subway restaurant or a Scramblers restaurant within walking distance of his house. Both of those restaurants were confirmed to be near REED's suspected residence of 8295 Pointer Ridge, Blacklick, OH.

10. On March 24, 2026, SOFAST members initiated surveillance on 8295 Pointer Ridge, as well as the nearby Subway and Scramblers restaurants. REED was observed working that day as a server at Scramblers. REED was arrested without incident at the restaurant.

2

SOFAST members spoke with the Scramblers manager who indicated REED has worked at the restaurant for two-three years.

11. On March 24, 2026, your affiant checked the Ohio Sex Offender Registry and learned that REED had not registered as a sex offender in the state of Ohio.

12. On April 8, 2026, your affiant, along with other law enforcement agents, traveled to 8181 Herald Cove, Blacklick, OH which was the location of the rental office for the Villages at Waggoner Park apartment complex, where REED was believed to be living prior to his arrest. The property manager did not have REED on any rental agreements but stated she did recognize him and that REED was a server at the nearby Scramblers restaurant, and she frequently saw him walking through the rental office parking lot.

13. That same day, your affiant interviewed the neighbors of REED who indicated they knew REED and his significant other and that both resided at 8295 Pointer Ridge. They also confirmed REED had lived there at the Blacklick residence for two to three years.

14. In addition, on April 8, 2026, law enforcement traveled to the Subway restaurant located at 8138 E Broad St, Reynoldsburg, OH. Your affiant spoke with two employees who both recognized REED and acknowledged that he was a co-worker for one-to-two years. The store manager was not available but later followed up with your affiant and provided the employment records for REED. The records indicated REED was hired by Subway on July 27, 2024 and that REED was employed by Subway up until the time of his arrest on March 24, 2026. Additionally, REED listed his home address as 8295 Pointer Ridge, Blacklick, OH.

15. Your affiant also obtained employment records for REED from Scramblers which included REED's original application, pay records, and disciplinary actions. These documents indicated that REED worked at Scramblers from July 28, 2023 until the date of his arrest on March 24, 2026. His application listed his home address as 8295 Pointer Ridge, Blacklick, OH and further listed his previous work history as Cracker Barrel in Pickerington, OH from March 4, 2020 through July 21, 2023.

16. In addition, on April 22, 2026, your affiant received a copy of a police report from the Columbus Division of Police (CPD) dated December 10, 2025. In this incident, REED was requesting police assistance to his address which he listed as 8295 Pointer Ridge. When CPD arrived, REED answered the door and permitted entry. REED identified himself to police when they arrived and the incident was captured on CPD body-worn camera.

**CONCLUSION**

17. Based on the aforementioned facts, I request that the Court issue the proposed criminal complaint and arrest warrant for the individual listed above, as there is probable cause to believe Michael "Joshua" REED has committed violations of federal law, including 18 U.S.C. § 2250(a) – Failure to Register as a Sex Offender.

3

_____
Damon Willaman
Deputy U.S. Marshal
United States Marshals Service

Sworn before me and subscribed in my presence on the _7th__ day of May 2026.

_____
Kimberly A. Jolson
United States Magistrate Judge

4